UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:16-cr-20274-UU

UNITED STATES OF AMERICA,

v.

RICHARD DWIGHT ABRAVAYA,

    Defendant.

_____/

**ORDER ON MAGISTRATE'S REPORT AND RECOMMENDATION**

This Cause is before the Court upon Wilfredo Albanes' request for restitution and the United States of America's Memorandum Regarding Restitution (D.E. 56).

THE COURT is fully advised in the premises.

This matter was referred to Magistrate Judge John J. O'Sullivan, who, on January 30, 2018, issued a Report (the "Report") (D.E. 64) recommending that Wilfredo Albanes' request for restitution be denied. The parties were given fourteen days to file objections to the Report. None of the parties filed objections. *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal).

Upon *de novo* review, the Court agrees with Magistrate Judge O'Sullivan's recommendation and concurs in all of his findings. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report, D.E. 64, is RATIFIED, ADOPTED, and AFFIRMED. It is further

ORDERED AND ADJUDGED that the request for restitution on behalf of Wilfredo Albanes is DENIED.

DONE AND ORDERED in Chambers in Miami, Florida, this _15th___ day of February, 2018.

*Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
Counsel of record via cm/ecf